UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD DAVIS | : |
| v. | :   CASE NO. 3:06CV380 (AWT) |
| GLEN DAMOTA, RICHARD KNOCK, GREG MARTINI, BLUE STONE GOLF & SPORTING CLUB, DAMOTA LLC, and HAT TRICK LLC | : : |

PARTIAL JUDGMENT

The defendants Glen Damota, and Damota LLC, having failed to appear, plead or otherwise defend in this action, and a default under F.R.Civ.P. 55(a) having been entered on May 3, 2006, and

The plaintiff having filed on May 16, 2006 a motion for judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the court having considered the full record of the case including applicable principles of law, and the court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff Donald Davis against the defendants Glen Damota, and Damota LLC, in the total amount of $1,527,727.38, which represents the following: (i) damages for Count One in the amount of $500,000; (ii) damages for Count Two in the amount of $500,000; (iii) damages for Count Three in the amount of $500,000; (iv) damages for Count Four in the amount of $500,000; (v) damages for Count Five in the amount of $500,000; (vi) damages for Count Six in the amount of $500,000; (vii) damages for Count Seven in the amount of $1,500,000 (which

constitutes treble damages pursuant to Conn. Gen. Stat. § 52-564); (viii) filing fee and fee for service of process in the amount of $327.38; (ix) attorney fees in the amount of $23,300; plus statutory interest from the date the judgment is entered.

Dated at Hartford, Connecticut, this 13th day of June, 2006.

KEVIN F. ROWE, Clerk


By      /s/
     Sandra Smith
     Deputy Clerk